# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CRISTOBAL MORALES, | |
| *Petitioner*, | 2:04-cv-01480-RLH-LRL |
| vs. | ORDER |
| E.K. MCDANIEL, *et al.*, | |
| *Respondents*. | |

Petitioner's motion (#78) requesting a copy of his stricken motion is GRANTED, such that the Clerk of Court shall send petitioner a copy of #71, including all materials attached therewith, totaling 46 pages in all, without charge.

DATED:   September 7, 2010.

_____
ROGER L. HUNT
Chief United States District Judge