# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CRISTOBAL MORALES,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.*,

    *Respondents*.

2:04-cv-01480-RLH-LRL

ORDER

This closed habeas case comes before the Court on petitioner's single filing presenting a motion (#80) to send back legal documents mistakenly sent to him and a motion (#81) to request a new jury trial.

On the first motion, it appears that five pages of materials from another case were included in #71 when a copy of that filing was sent to petitioner. The five pages for some reason are included at the end of #71 as it appears on the docket. The Court will grant petitioner's motion to return the five pages that he returned, but no other action need be taken at this juncture in this closed case as to the apparently extraneous material at the end of #71.

On the second motion, while petitioner titled his filing in part as a motion to request a new jury trial, in the body of the filing he asserts that he will be filing such a motion. To the extent, if any, that petitioner seeks a new trial by the present motion, the motion will be denied. *Inter alia*, this Court previously has extensively reviewed multiple times in this matter petitioner's claim that the case against him was fabricated. See #72, at 2.

IT THEREFORE IS ORDERED that petitioner's motion (#80) to send back legal documents mistakenly sent to him is GRANTED to the extent that the Court acknowledges petitioner's return of the last five pages of #71. No other action is necessary with regard to the motion in this closed case.

IT FURTHER IS ORDERED that the motion (#81) to request a new jury trial is DENIED.

DATED: September 22, 2010.

_____
ROGER L. HUNT
Chief United States District Judge